| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>Cook, Harold D | 2. Court or Organization<br>Northern District of Oklahoma | 3. Date of Report<br>5/11/04 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5. ReportType (check appropriate type)<br>○ Nomination, Date<br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br>1/1/03<br>to<br>12/31/03 |
| 7. Chambers or Office Address<br>241 Federal Bldg.<br>224 South Boulder<br>Tulsa, Oklahoma 74103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

RECEIVED May 19 11 30 AM '04 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | Williams Companies |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Cook, Harold D | 5/2/04 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 5/2/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. 5 Lots Cherokee County, OK | | None | J | W | | | | | |
| 2. Mayvan Investment Co., Ltd. | C | Distribution | J | W | | | | | |
| 3. F&M Nat'l Bank & Trust | | None | | | closed acct | 6/24 | K | | closed interest bearing account |
| 4. Tulsa Fed Credit Union | A | Interest | J | T | | | | | |
| 5. BROKERAGE ACCOUNT #1 (See Below) | | | | | | | | | |
| 6. - Muniyield Insd Fund Inc. | C | Dividend | | | Sold | 8/26 | L | D | |
| 7. - Bank Deposit Program | A | Interest | K | T | | | | | |
| 8. - Puerto Rico CMWLH HWY-TR | C | Interest | | | Redemption | 7/01 | L | A | |
| 9. - Oklahoma State TPK at TPK | D | Interest | M | T | | | | | |
| 10. - Oklahoma St. Cap Impt at St Hwy | C | Interest | M | T | | | | | |
| 11. - Oklahoma Agric&Mech Clges | C | Interest | L | T | | | | | |
| 12. - Jenks Okla Pub Wks Auth | D | Interest | M | T | | | | | |
| 13. - ML Basic Value FD CL B | A | Dividend | | | Sold | 8/26 | K | | |
| 14. - ML Fundamental Growth B | | None | | | Sold | 8/26 | K | | |
| 15. - Blackrock | C | Dividend | L | T | | | | | |
| 16. - Nuveen | D | Dividend | | | Sold | 11/14 | L | D | |
| 17. - Kerr McGee | A | Dividend | J | T | | | | | |
| 18. - Diamonds Trust | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000
F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000
N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000 | P4 = $More than $50,000,000

3. Value Method Code (See Column C2)
Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market
U = Book Value | V = Other | W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 5/2/04 |

## VII. INVESTMENTS and TRUSTS– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. - ML US Govt Mtg Fd | A | Dividend | | | Sold | 8/26 | K | A | |
| 20. - Blackrock 2008 Fund | A | Dividend | L | T | | | | | |
| 21. - Solomon Bros Emerging Mks Debt Fd | | None | L | T | Buy | 12/01 | L | | |
| 22. - Blackrock Insd Muni Term Tr | A | Dividend | L | T | Buy | 9/15 | L | | |
| 23. - ML Muni Bond Fund | A | Dividend | L | T | Buy | 8/26 | L | | |
| 24. - Oklahoma Cnty Okla Indpt Sch Dist | | None | L | T | Buy | 8/26 | L | | |
| 25. - Eaton Vance Mun Income Trust | A | Dividend | K | T | Buy | 1/09 | K | | |
| 26. BROKERAGE ACCOUNT #2 (See Below) | | | | | | | | | |
| 27. - Williams Companies | | None | | | Sold | 8/26 | K | | |
| 28. - Williams Cos Inc 9.0% Income Pacs | | None | | | Sold | 8/26 | K | | |
| 29. - Sunoco | A | Dividend | J | T | | | | | |
| 30. - Bank Deposit Program | A | Interest | K | T | | | | | |
| 31. - Oklahoma St. Auth Tpk | C | Interest | L | T | | | | | |
| 32. - Muniholdings Insd FD | D | Dividend | | | Sold | 8/26 | M | C | |
| 33. - Muniholdings FD IV | D | Dividend | | | Sold | 8/26 | N | E | |
| 34. - AIM Select Real Estate Income FD | B | Dividend | | | Sold | 11/14 | K | A | |
| 35. - NUVEEN | D | Dividend | L | T | | | | | |
| 36. - Solomon Bros Emerging Mks Debt Fd | | None | K | T | Buy | 12/01 | K | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 5/2/04 |

## VII. INVESTMENTS and TRUSTS-- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. - Blackrock Insd Muni Tem Tr | A | Dividend | L | T | Buy | 9/15 | L | | |
| 38. - Oklahoma Colleges Brd Regents | | None | K | T | Buy | 8/29 | K | | |
| 39. - Oklahoma Cnty Okla Indpt Sch Dist | | None | L | T | Buy | 8/29 | L | | |
| 40. - McKinley Cnty N Mex GR Tax Rev | A | Interest | L | T | Buy | 8/28 | L | | |
| 41. - Tulsa Okla Met Util Auth Util Rev | | None | K | T | Buy | 8/28 | K | | |
| 42. - Puerto Rico Comwlth Rfdg-Pub Impt | | None | K | T | Buy | 8/26 | K | | |
| 43. - Sarasota Cnty Fla Sch Brd Ctfs Partn | | None | L | T | Buy | 8/26 | L | | |
| 44. - Oklahoma Dev Fin Au Rev Ref | | None | L | T | Buy | 8/26 | L | | |
| 45. - Oklahoma St Mun Pwr Auth Pwr | | None | L | T | Buy | 8/26 | L | | |
| 46. - Eaton Vance Mun Income Trust | A | Dividend | K | T | Buy | 1/09 | K | | |
| 47. BROKERAGE ACCOUNT (IRA) #3 | | | | | | | | | |
| 48. - Blackrock North American | A | Dividend | | | Sold | 8/26 | J | | |
| 49. - Bank Deposit Program | A | Interest | J | T | | | | | |
| 50. - Diamonds Trust | A | Dividend | J | T | | | | | |
| 51. - TYCO International | A | Dividend | J | T | | | | | |
| 52. - Williams Communications | | None | | | Sold | 4/26 | J | | |
| 53. - Calamos Convertible Fund | A | Dividend | | | Redemption | 12/10 | J | | |
| 54. - Evergreen Asset Allocation Fund | | None | J | T | Buy | 8/26 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Cook, Harold D | 5/2/04 |

## VII. INVESTMENTS and TRUSTS– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 55.   - Calamos Convertible Fd | | None | J | T | Buy | 1/08 | J | | |
| 56.   BROKERAGE ACCOUNT (IRA) #4      (See Below) | | | | | | | | | |
| 57.   - Blackrock North American | A | Dividend | | | Sold | 8/26 | J | | |
| 58.   - ML Global Allocation | A | Dividend | K | T | | | | | |
| 59.   - ML Global Value FD CL B | A | Dividend | J | T | | | | | |
| 60.   - Bank Deposit Program | A | Interest | N | T | | | | | |
| 61.   - Calamos Convertible Fund | A | Dividend | J | T | | | | | |
| 62.   - Evergreen Asset Allocation Fund | | None | J | T | Buy | 8/26 | J | | |
| 63.   - Williams Companies | | None | L | T | Rollover | 12/30 | L | | |
| 64.   WILLIAMS RETIREMENT PROGRAM | E | Int/Dividend | | | Transfer | 12/31 | O | | rollover to IRA Brokerage Acct |

1. Income/Gain Codes:          A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
    (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:                     J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
    (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
                                          P3 = $25,000,001-$50,000,000                                      P4 = $More than $50,000,000
3. Value Method Codes        Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
    (See Column C2)              U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Cook, Harold D | 5/11/04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Section VII, line 64 - the money before rollover was invested in a lump sum and we did not control how the money was invested.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature         Date _May 11, 04_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544